Theodore Anderson, appellee, v. Mary E. McElmeel, executrix of the estate of George McElmeel, alias George McNeil, deceased, appellant. Gen. No. 27,713.

Action on the case for personal injuries to a minor, received by being knocked from a bicycle by a horse. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Philip L. Sullivan, Judge, presiding. Heard in this court at the April term, 1922. Reversed and remanded. Opinion filed February 19, 1923. Rehearing denied March 1, 1923.

Gallagher, Kohlsaat, Rinaker & Wilkinson, for appellant. A. H. Ranes and Corinne L. Rice, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

---

Joseph Hoeller, appellee, v. David Zork, appellant. Gen. No. 27,734.

Action in contract for payment for monument in cemetery. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Charles F. McKinley, Judge, presiding. Heard in this court at the March term, 1922. Affirmed. Opinion filed February 19, 1923.

Teller, Levit, Silvertrust & Levi, for appellant; Morris K. Levinson, of counsel. J. J. Moser, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

---

William H. Colvin, trading as William H. Colvin & Company, appellant, v. J. N. Fulton, also known as James N. Secrest, appellee. Gen. No. 27,743.

Statement of claim for money paid to agent for purchase of certain stocks, said stocks not having been delivered although certain other worthless stocks had been delivered. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Wells M. Cook, Judge, presiding. Heard in this court at the March term, 1922. Reversed with findings of fact. Opinion filed February 19, 1923.

Walter H. Eckert and Warren B. Buckley, for appellant. No appearance for appellee.

Mr. Justice Matchett delivered the opinion of the court.

---

Benjamin I. Salinger, appellant, v. Rand McNally & Company et al., appellees. Gen. No. 27,746.

Quantum meruit for services as attorney-at-law. Judgment for defendants. Appeal from the Superior Court of Cook county; the Hon. Theodore Brentano, Judge, presiding. Heard in this court at the March term, 1922. Affirmed. Opinion filed February 19, 1923. Rehearing denied February 28, 1923.

Fischel & Kahn and Benjamin I. Salinger, pro se, for appellant. Miller, Gorham, Wales & Noxon and M. J. Stanton, for appellees.

Mr. Justice Matchett delivered the opinion of the court.

---

Power Plant Specialty Company, appellee, v. T. G. Warden, appellant. Gen. No. 27,794.

Action in contract for payment for installing water heating and filtering system. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John J. Rooney, Judge, presiding. Heard in this court at the March term, 1922. Reversed and remanded. Opinion filed February 19, 1923.

James W. Hyde, for appellant. Walter L. Wenger, for appellee.

Mr. Justice Matchett delivered the opinion of the court.